UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, ETC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-00411 |
| ) | JUDGE HAYNES |
| ) | |
| MAXIMUS, et al. ) | |
| ) | |
| Defendants. ) | |

# ORDER

In accordance with the Memorandum filed herewith, the Defendants' motions to dismiss (Docket Entry Nos. 14, 17, 19, 34, 41, 44, 46, 48, 50, 54, 56, 58, and 60) are **GRANTED** and Plaintiff's claims against the Defendants: Harvard University; Bass Berry Sims; Tennessee Attorney General Robert E. Cooper, Jr.; Vanderbilt University/VUMC; Middle Tennessee State University; Bradley Arrant Boult Cummings; Unum; Hugh O. Maclellan; Sean Puckett; Art Hayes; Jim Arnett; Don Ash; Chris Craft; David Loughry; Ernest Burgess, and the Rutherford County Sheriff's Department are **DISMISSED with prejudice.**

It is further **ORDERED** that Plaintiff's motion to amend complaint (Docket Entry No. 62) is **DENIED** and Plaintiff's claim. Providence Service Corporation's motion for sanctions and protective order (Docket Entry No. 63) and motion for expedited hearing (Docket Entry No. 72) are **DENIED as moot.**

It is further **ORDERED** that plaintiff's claims against the remaining Defendants: Maximus, its Parent, subsidiaries and related entities; Providence Service Corp., Inclusive of its Parent/Insurance Co., Bank and Subsidiaries; Christine Bradley; Phil Bredesen; Andrea Conte; Rita

Ash; Bill Ketron; Jim Tracy; Glenn Funk; Marsha Blackburn; Beth Harwell; Lamar Alexander; Jim Cooper; Charles Traughber and wife; District Attorney Bill Whitesell; Representative Bart Gordon; Channel 9; and John Does 32-500 Inclusive, are **DISMISSED** for lack of jurisdiction.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 15th day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge